■

392 P.3d 1216

H. ISABELLE MCGARRY TRUST OF MARCH 19, 1971, Judgment-Creditor/Appellee

v.

Robert HOFELICH and Ann Marie Hofelich, Judgment-Debtors/Appellees and Jeff Bowden, Bonnie Bowden and South Pacific Scuba Tours, Inc., Intervenors-Appellees and Howard Hofelich, Applicant-for-Intervention/Appellant

Jeff Bowden and Bonnie Bowden, Intervenors-Third-Party Plaintiffs/Appellees

v.

H. Isabelle McGarry Trust of March 19, 1971, Intervention-Third-Party-Defendant/Appellee S.P. No. 97-004K

H. Isabelle McGarry Trust of March 19, 1971, Judgment-Creditor/Appellee

v.

Robert Hofelich and Ann Marie Hofelich, Judgment-Debtors/Appellees S.P. No. 00-01-0014K

H. Isabelle McGarry Trust of March 19, 1971, Judgment-Creditor/Appellee

v.

Robert Hofelich and Ann Marie Hofelich Judgment-Debtors/Appellees S.P. No. 00-01-0016K

NO. CAAP-16-0000518

Intermediate Court of Appeals of Hawai'i.

April 12, 2017

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT

SUMMARY DISPOSITION ORDER

Affirmed. Dismissed.

■

392 P.3d 1216

Raymond R. RIVERA, Claimant-Appellee,

v.

Maui SODA and Ice Works, Ltd., Employer-Appellant,

and

Island Insurance Company, Ltd., Insurance Carrier-Appellant

NO. CAAP-13-0006129

Intermediate Court of Appeals of Hawai'i.

April 13, 2017

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD (CASE NO. AB 2013-339 (M)) (7-12-00126)

MEMORANDUM OPINION

Remanded.

■

392 P.3d 1216

STATE of Hawai'i, Plaintiff-Appellee,

v.

Ronald Melvin BARNES, Defendant-Appellant

NO. CAAP-15-0000909

Intermediate Court of Appeals of Hawai'i.

April 13, 2017

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-CR. NO. 12-1-0057)